UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony S. Leach,                                    Case No. 3:22-cv-528

         Plaintiff

v.                                                        ORDER

State of Ohio, et al.,

         Defendants

On March 31, 2022, *pro se* Plaintiff Anthony S. Leach filed this *in forma pauperis* action alleging civil rights violations under 42 U.S.C. § 1983. Because Plaintiff has not provided U.S. Marshal forms or summonses and copies to serve the Defendants, the Clerk's Office cannot forward this matter to the U.S. Marshal for service in the event service is deemed appropriate.

Accordingly, Plaintiff is ordered to provide (1) a copy of the complaint for each Defendant, (2) two completed summonses for each Defendant named in the complaint (that include the address at which each Defendant is to be served), and (3) one USM 285 process receipt and return for each Defendant. *See* Fed. R. Civ P. 4. Within 30 days of the date of this Order, Plaintiff shall submit to the Court the completed forms, the required copies of the complaint, and a "Notice of Compliance" with an appropriate case caption for filing, indicating Plaintiff has complied with the Court's Order. The Clerk's Office is directed to mail sufficient summonses and U.S. Marshal forms to Plaintiff with a copy of this Order.

The Court notes that Plaintiff filed a lengthy 136-page Complaint against 28 Defendants. To streamline his claims into a more manageable document, Plaintiff may amend his Complaint. This Amended Complaint shall incorporate all allegations and claims against all of the parties in this case

in one document and will replace the prior complaint filed with the Court, thus rendering the prior Complaint null and void. The Court will review any Amended Complaint filed in accordance with 28 U.S.C. § 1915(e). Should Plaintiff choose to file an Amended Complaint, however, he must also file the required number of copies, summonses, and U.S. Marshal forms for service, as well as a Notice of Compliance. Any Amended Complaint shall be filed within 30 days of this Order.

Failure to comply with this Order may result in dismissal of this action without further notice for want of prosecution.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge
