UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony S. Leach,  Case No. 3:22-cv-528

    Plaintiff,

v.  ORDER

Mike DeWine, et al.,

    Defendants.

    Plaintiff has filed a motion for leave to file an "affidavit of verity" affirming the allegations in his initial and Amended Complaint are true. (Doc. No. 62). Rule 11 provides that "[u]nless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit." Fed. R. Civ. P. 11(a). Plaintiff identifies no rule or statute to suggest his pleadings must be verified or accompanied by an affidavit. Therefore, his motion for leave to file such an "affidavit of verity" is denied.

    So Ordered.

                                                     s/ Jeffrey J. Helmick
                                                   United States District Judge